IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| VS. | § § CRIMINAL NO. 1:21-CR-25 - 10 |
| GILBERTO CARLOS GUERRA-GARZA | § § § |

DEFENDANT GILBERTO CARLOS GUERRA-GARZA
UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant in the above styled and numbered cause, GILBERTO CARLOS GUERRA-GARZA respectfully moves the Court for an order to substitute counsel. In support of this motion, GILBERTO CARLOS GUERRA-GARZA would show the Court as follows:

I.

ALEJANDRO MACIAS was appointed to represent Defendant GILBERTO CARLOS GUERRA-GARZA.

GILBERTO CARLOS GUERRA-GARZA has retained Attorney JUAN L. GUERRA, JR. to represent him in this matter and no longer wishes to be represented by ALEJANDRO MACIAS.

II.

GILBERTO CARLOS GUERRA-GARZA prays that the Court enter an order allowing JUAN L. GUERRA, JR. to substitute for Attorney ALEJANDRO MACIAS.

       Respectfully Submitted,

       JUAN L. GUERRA, JR. & ASSOCIATES, PLLC

       /s/ Juan L. Guerra, Jr.

       Juan L. Guerra, Jr.
       Federal Bar No. 38079
       4101 Washington Ave., 3rd Floor
       Houston, TX 77007
       (713) 489-6839 - Office
       (713) 571-4294 - Fax
       jlg@jlglawoffice.com
       Attorney for the Defendant,
       GILBERTO CARLOS GUERRA-GARZA

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Gilberto Carlos Guerra-Garza's Motion to Substitute Counsel was sent via CM/ECF to Assistant United States Attorney Michelle Suzanne Englade and Attorney Alejandro Macias on the 23rd day of April 2021.

       /s/ Juan L. Guerra, Jr.
       Juan L. Guerra, Jr.

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Michelle Suzanne Englade and Attorney Alejandro Macias and they are unopposed to this motion.

       /s/ Juan L. Guerra, Jr.
       Juan L. Guerra, Jr.